CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHUO HAN, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>　　　　　Defendant. | Case No. 5:25-cv-10150-EKL<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED] ORDER** |

The parties apologize to the Court for their delay in submitting a status report by April 13, 2026, due to the need for the parties to confer on the case status and reach agreement on the stipulation. The parties submit this joint status report regarding Plaintiffs' Form I-485, Application to Register Permanent Residence or Adjust Status. On February 2, 2026, the Court granted the parties' request to stay proceedings until April 13, 2026. *See* Dkt. No. 9. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiffs on February 10, 2026, as scheduled. The parties conferred and agree to continue the stay of proceedings to allow USCIS additional time to conduct post-interview review of Plaintiffs' application.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until June 12, 2026, at which time the parties will file a joint status report with the Court. At that time, the

Stipulation to Stay
Case No. 5:25-cv-10150-EKL　　　　　　　　　1

parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: April 14, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney


*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant


Dated: April 14, 2026

*/s/ Michael Chen*
MICHAEL CHEN
Michael Chen Law Offices
Attorney for Plaintiffs


## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  April 14, 2026

HON. EUMI K. LEE
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 5:25-cv-10150-EKL                     2